FILED
MAR 2 2 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON SCOTT PERRIGO,<br><br>Defendant. | CR 18-26-BLG-SPW<br><br>ORDER |

Upon the Defendant's unopposed Motion For Temporary Release to Attend Father's Memorial Service and Reception (Doc. 33), and for good cause appearing,

IS HEREBY ORDERED that Defendant shall be temporarily released from U.S. Marshal's custody in Billings, Montana to attend a graveside service at the Mountview Cemetery, 1704 Central Avenue, Billings, Montana and reception dinner at a local hotel banquet room on Saturday, March 31, 2018 at 2:00 p.m.

Defendant shall be released from custody on **Saturday, March 31, 2018, at 1:30 p.m.** and shall then return to the U.S. Marshal's custody at the Yellowstone County Detention Center in Billings, Montana **by 4:30 p.m. on Saturday, March 31, 2018**. Defendant shall be transported and accompanied from the Yellowstone County Detention Facility to the graveside service and reception in Billings,

1

Montana and transported back to the Yellowstone County Detention Facility by a family member.

While furloughed or released, Defendant shall comply with all previously ordered conditions of release outlined in CR-15-120-BLG-SPW-2, including but not limited to the special conditions as follows:

1. Defendant shall not use or possess any alcohol or drugs, or drug paraphernalia.
2. Defendant's family shall report any violations of the Defendant's conditions of release immediately to law enforcement and as soon as practicable to the Court.

The Clerk shall notify the parties and the U.S. Marshals Service of this Order.

DATED this 22nd day of March, 2018.

SUSAN P. WATTERS
United States District Judge